FORM 7A

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VIKING DRILL & TOOL, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Court No. 22-00058 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated:  August 4, 2023

                                            /s/ Daniel J. Curry
                                            Attorney for the Plaintiff
                                            30 Wall Street, 8th Floor
                                            New York, NY 10005
                                            212-709-8274
                                            dan@danieljcurry.com

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  August 4, 2023                          Clerk, U. S. Court of International Trade

                                             By:  /s/ Jason Chien
                                                         Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)